**Thaddeus Morawski, defendant in error, v. V. Seng Teaming Company, plaintiff in error.** Gen. No. 29,178.

Action to recover damages for personal injuries sustained in being run over by defendant's truck. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Alfred Roy Hulbert, for plaintiff in error. James L. Bynum and Joseph Mall, for defendant in error; James L. Bynum, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**James C. Davis, director general of railroads, appellee, v. Edward P. McKenna and Luther S. Dickey, Jr., copartners, trading as McKenna & Dickey, appellants.** Gen. No. 29,189.

Consolidated for hearing with Gen. No. 29,188 (236 Ill. App. 575) involving same facts and issues. Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded on opinion filed in 236 Ill. App. 575. Opinion filed April 29, 1925.

Jeffery, Campbell & Clark, for appellants; James Clark Jeffery and Stephen O. Cross, of counsel. Winston, Strawn & Shaw, for appellee; Silas H. Strawn and Frank H. Towner, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Emery Thompson Machine & Supply Company, appellee, v. Illinois Hydrox Company, formerly Hydrox Company, appellant.** Gen. No. 29,211.

Action to recover balance due for merchandise sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Alfred E. McCordic and Dent, Dobyns & Freeman, for appellant. D'Ancona & Pflaum, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**William E. McReynolds and Frederick C. Hunter, appellees, v. Henry Meinshausen et al., on appeal of Henry Meinshausen and Mary S. W. Meinshausen, appellants.** Gen. No. 29,214.

Creditor's bill. Judgment for complainants. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. Rehearing denied May 13, 1925. *Certiorari* denied by Supreme Court (making opinion final).

C. Oscar Carlson, for appellants. Earl J. Walker, for appellees.

Mr. Justice Thomson delivered the opinion of the court.